**Opinion issued January 8, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00001-CV

———————————

## IN RE ELIZABETH THOMAS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Elizabeth Thomas, acting pro se, has filed a petition for writ of mandamus requesting that we compel the trial court to vacate its (1) December 14, 2018 notice setting a status conference and (2) December 17, 2018 order setting a show cause hearing for sanctions in the underlying case.[1] We deny the petition. Thomas's motion

---

[1]     The underlying case is *James Allen, et al. v. MTH Lending Group L.P.*, cause number 2017-76078, pending in the 127th District Court of Harris County, Texas, the Honorable R.K. Sandill presiding.

for sanctions is denied. Thomas's motion for an emergency stay of proceedings and all other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack, Justice Goodman, and Justice Countiss.